DOC NO
REC'D/FILED

# ATTACHMENT 1

2016 AUG -5 AM 10: 27

# COMPLAINT FORM

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Western DISTRICT OF Wisconsin

(Full name of plaintiff(s))

Arlin T. Calvin

vs

(Full name of defendant(s))

Sub-Zero Freezer Co.

Case Number:

**16 C 552 -jdp**

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin and resides at
   (State)

   3304 Hedden Rd. Apt. 3 Middleton, WI 53562
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant <u>Sub-Zero Freezer Co.</u>
(Name)

is (if a person or private corporation) a citizen of <u>Wisconsin</u>
(State, if known)

and (if a person) resides at <u>4717 Hammersley Rd. Madison WI 53711</u>
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Sub-Zero Freezer Co. 4717 Hammersley Rd. Madison WI 53711</u>
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1.) Sub-Zero Freezer Co.

2.) Sub-Zero did not provide me with the correct equipment for me to use while working on the production line which caused me to injure my right dominate hand with permanent nerve damage. Fred Newman head of Human Resources specifically discriminated me by not allowing me to work awarded jobs.

3) On August 6th, 2001 I was injured on the job causing a right hand injury and permanent nerve damage.

Attachment One (Complaint) – 2

On July 29th, 2002 I was walked out a back door of Sub-Zero.

4.) It happened at Sub-Zero Freezer Co. while I was working my scheduled shift on the production line.

5.) To this very day I still have not been given a clear reason why Sub-Zero let me go except for discrimination and disability discrimination.

C.  JURISDICTION

☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

If I win I would like the court to award me money to best interest in maximum full violation of Federal law due to discrimination and disability discrimination, an apology letter, and for Sub-Zero not to use my name at any of there meetings or discussions they may have in the future.

E.   JURY DEMAND

☒ Jury Demand – I want a jury to hear my case
   OR
☐ Court Trial – I want a judge to hear my case

Dated this  5th  day of  August  20 16 .

Respectfully Submitted,

_____
Signature of Plaintiff

 608-446-5117 
Plaintiff's Telephone Number

 3calvinboys@gmail.com 
Plaintiff's Email Address

 3304 Hedden Rd. #3 
 Middleton, WI 53562 
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☐   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5