# *EXHIBIT 3*

Sub-Zero Freezer Company, Inc.   4717 Hammersley Road   Madison, Wisconsin 53711   PH (608) 271.2233

February 1, 2004

Mr. Arlin Calvin
6 Byars Circle
Madison WI 53719

Re:  Termination of employment

Dear Arlin,

    Per the collective bargaining agreement, you have exhausted your unpaid leave of 18 months. As a result, your active employment status has been terminated effective immediately.

Sincerely,

*Fred Neuman*
Fred Neuman
Dir HR
Sub-Zero Freezer Co., Inc.

*H. Andrew B.*