IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARLIN T. CALVIN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

16-cv-552-jdp

SUB-ZERO FREEZER CO.,

    Defendant.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Sub-Zero Freezer Co. granting its motion to dismiss and dismissing this case.

| /s/ | 1/27/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |