IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARLIN T. CALVIN,

    Plaintiff,

v.

SUB-ZERO FREEZER CO.,

    Defendant.

JUDGMENT IN A CIVIL CASE

16-cv-552-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Sub-Zero Freezer Co. granting its motion to dismiss and dismissing this case.

/s/                                                      1/27/2017

Peter Oppeneer, Clerk of Court                  Date