UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2017 MAY -8 PM 3:01
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Arlin T. Calvin

    Plaintiff

V.                              NOTICE OF APPEAL

Sub-Zero Freezer Company

    Defendant

                               Case No. 3:16-cv-00552-jdp

      Notice is given that the plaintiff/defendant, Arlin T. Calvin, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on April 17th, 2017.

Dated and signed this 8th day of May, 2017.

                                                      Arlin T. Calvin

                                                      3304 Hedden Rd. Apt.3

                                                      Middleton WI, 53562